No. 99–276. TIWARI v. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–281. YOUNG v. MONTGOMERY CITY COUNCIL ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–283. D'AURIA v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–287. CATALDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–303. MOSS v. STINNES CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–304. ROGERS v. DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 99–305. ROSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–306. ROBERTSON ET UX. v. COMPTROLLER OF THE TREASURY OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 99–311. PEREZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–325. FLORES, AKA HAGGARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–329. CARR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–332. BOWEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–333. HARILALL v. UNIVERSITY HEALTH SYSTEM DEVELOPMENT CORP., FKA BEXAR COUNTY HOSPITAL DISTRICT, DBA UNIVERSITY HOSPITAL SYSTEM, AKA UNIVERSITY HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 99–338. BURTON ET AL. v. CHARLES ET AL. C. A. 11th Cir. Certiorari denied.